MAX RUBINOW, APPELLANT, v. PUBLIC SERVICE RAIL-
WAY COMPANY, RESPONDENT.

Submitted July 6, 1914—Decided March 23, 1915.

On appeal from the Hudson County Circuit Court.

For the appellant, *Roe, Runyon & Autenreith.*

For the respondent, *Edwards & Smith.*

PER CURIAM.

The court being equally divided in opinion, the judgment
under review must be affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE,
SWAYZE, BERGEN, VREDENBURGH, TERHUNE, HEPPEN-
HEIMER, WILLIAMS, JJ.   8.

*For reversal*—GARRISON, TRENCHARD, PARKER, MINTURN,
KALISCH, BLACK, BOGERT, WHITE, JJ.   8.